McGREGOR W. SCOTT
United States Attorney
MARY L. GRAD
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: 916-554-2763

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. NO. S-00-283-DFL |
|---|---|---|
| Plaintiff, | ) | MOTION AND ORDER |
| | ) | DISMISSING INDICTMENT |
| v. | ) | |
| EFRAIN VILLAGOMEZ, | ) | |
| Defendant. | ) | |

The United States of America, by and through its undersigned attorney, Mary L. Grad, Assistant United States Attorney, respectfully requests that this Court dismiss with prejudice the Indictment, filed May 31, 2000, and the Superseding Indictment, filed June 26, 2000, against EFRAIN VILLAGOMEZ.

The defendant is a fugitive presently living in Mexico.  He had a relatively minor role in the offense conduct and will not be prosecuted, at this stage of the proceedings, if apprehended.

DATED:_____                McGREGOR W. SCOTT
                                      United States Attorney


                                      By_____
                                         MARY L. GRAD
                                      Assistant U.S. Attorney

1

O R D E R

It is ordered that the Indictment and the Superseding Indictment, in the captioned action, be and is hereby dismissed with prejudice against EFRAIN VILLAGOMEZ.

DATED: 3/29/2006

_____
DAVID F. LEVI
United States District Judge

2